UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KYLE J. HARRIS                                                                    PETITIONER

V.                                                          CIVIL ACTION NO. 5:11CV152 DPJ-FKB

ARCHIE LONGLEY, WARDEN                                                RESPONDENT

ORDER

This cause came on this date to be heard upon the Unopposed Report and

Recommendation of the United States Magistrate Judge, after referral of hearing by this Court,

and the Court, having fully reviewed the Report and Recommendation of the United States

Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said

Unopposed Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States

Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court,

and the same entire action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by

Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2012.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE